USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAMINE CISSE,

Petitioner,

-v-

LADEON FRANCIS, *et al.*,

Respondents.

---

1:26-cv-8190-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This case was initiated by Papa Waly Ndiaye, who represented himself to be the next friend of Petitioner Lamine Cisse ("Petitioner"). Dkt. No. 1. The United States has informed the Court that at the time that the petition was filed, Petitioner was in the District of New Jersey. Dkt. No. 8 at 1. Moreover, the United States has informed the Court that Petitioner filed another petition for habeas corpus relief in the District of New Jersey on September 19, 2026. *Id.* at 2

Because the Court does not have jurisdiction over this matter and Petitioner has commenced a separate action in the District of New Jersey, this case is dismissed without prejudice. The Court issued two orders yesterday related to the case. Dkt. Nos. 6, 7. For the avoidance of doubt, Petitioner and Mr. Ndiaye need not comply with those orders.

The Clerk of Court is directed to close this case and to mail a copy of this order to Petitioner.

SO ORDERED.

Dated: September 25, 2026
New York, New York

GREGORY H. WOODS
United States District Judge